IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| 1. | **LESLIE ORICO,** | ) | |
| | | ) | |
| | **Plaintiff,** | ) | |
| v. | | ) | **CIV-17-322-SPS** |
| | | ) | |
| 1. | **MCALESTER REGIONAL** | ) | |
| | **HEALTH CENTER A/K/A** | ) | |
| | **MCALESTER REGIONAL** | ) | |
| | **HEALTH CENTER AUTHORITY,** | ) | |
| 2. | **CITY OF MCALESTER,** | ) | |
| 3. | **DAVID KEITH, in his individual and** | ) | |
| | official capacity as CEO of McAlester | ) | |
| | Regional Health Center, | ) | |
| 4. | **SCOTT LOWE, in his individual and** | ) | |
| | official capacity as Human Resources | ) | |
| | Director at McAlester Regional | ) | |
| | Health Center, and | ) | |
| 5. | **DAVITA SMART, in her individual** | ) | |
| | and official capacity as a Charge | ) | |
| | Nurse at McAlester Regional Health | ) | |
| | Center, | ) | |
| | | ) | **JURY TRIAL DEMANDED** |
| | **Defendants.** | ) | **ATTORNEY LIEN CLAIMED** |

## DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff Leslie Orico hereby dismisses with prejudice the above-captioned matter filed against the Defendants. Each party is to bear their own attorneys' fees and costs.

Dated this 8th day of January, 2018.

                                        s/Jana B. Leonard
                                        JANA B. LEONARD, OBA # 17844
SHANNON C. HAUPT, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. WALKER
OKLAHOMA CITY, OK 73139
(405) 239-3800 [TELEPHONE]
(405) 239-3801  [FACSIMILE]
leonardjb@leonardlaw.net
haupts@leonardlaw.net
ATTORNEYS FOR PLAINTIFF